**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DALE M. ELMORE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1612** |
| **TIMOTHY HOOPER, WARDEN** | **SECTION: "D"(5)** |

## REPORT AND RECOMMENDATION

On or about June 2, 2022, Petitioner, Dale M. Elmore, submitted an application for federal habeas corpus relief, challenging his 2015 Orleans Parish conviction and sentence. The application was not on a proper form and was unaccompanied by either the requisite filing fee or an application to proceed *in forma pauperis*. On June 3, 2022, the Clerk's Office notified Petitioner of the deficiencies and instructed him to file the proper form petition along with payment of the filing fee or an application to proceed without prepayment of fees by June 24, 2022. Petitioner failed to respond.

On July 13, 2022, the undersigned issued an order, notifying Petitioner that the application was not in compliance with Rule 2 or Rule 3(a) of the Rules Governing Section 2254 Cases in the United States District Courts, and directing that, on or before August 12, 2022, Petitioner either pay the required filing fee or submit a completed application to proceed *in forma pauperis*, along with a form petition. The order included copies for Petitioner of the standard form petition and an application to proceed without prepayment of fees and affidavit, which was sent to petitioner at the address he provided to the Court. Petitioner was warned that if he failed to comply with that order, the undersigned would recommend that this matter be dismissed. Again, Petitioner did not respond. To date, Petitioner has not complied with this Court's order.

Despite being afforded the opportunity to do so, Petitioner has not returned the form, paid the filing fee, or submitted an application to proceed *in forma pauperis*. *See* Rules Governing Section 2254 Cases in the United States District Courts. Accordingly, the petition should be dismissed. *See e.g.*, *Searls v. Cain*, Civ. Action No. 08-928, 2008 WL 1745142 (E.D. La. Apr. 10, 2008).

## RECOMMENDATION

It is therefore **RECOMMENDED** that the federal application for habeas corpus relief filed by Dale M. Elmore be **DISMISSED WITHOUT PREJUDICE** because he has not complied with the Court's order or the Rules Governing Section 2254 Cases in the United States District Courts.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc) (citing 28 U.S.C. §636(b)(1)).

New Orleans, Louisiana, this  7th  day of _____ September ___, 2022.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**

2