# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DALE M. ELMORE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1612-WBV** |
| **TIMOTHY HOOPER, ET AL.** | **SECTION: "D"(5)** |

## ORDER

The Court, having considered the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by Person in State Custody filed by Dale M. Elmore, which was marked as deficient by the Clerk of Court on June 3, 2022, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that the Petition of Dale M. Elmore for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to comply with a court order and the Rules Governing Section 2254 Cases in the United States District Courts.

New Orleans Louisiana, October 3, 2022.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**