UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DALE M. ELMORE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1612-WBV** |
| **TIMOTHY HOOPER, ET AL.** | **SECTION: "D"(5)** |

## ORDER

On October 3, 2022, this Court issued an Order adopting the Report and Recommendation of the United States Magistrate Judge and dismissing without prejudice Dale M. Elmore's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by Person in State Custody, for failure to comply with a court order and the Rules Governing Section 2254 Cases in the United States District Courts. (R. Doc. 5). Specifically, the Court adopted the Magistrate Judge's finding that Elmore had failed to comply with the Court's July 13, 2022 Order by either paying the required filing fee or submitting a completed application to proceed *in forma pauperis*, along with a form petition. (*See,* R. Docs. 3 & 4). The Court issued a Judgment dismissing without prejudice the Petition on October 3, 2022. (R. Doc. 6).

On October 6, 2022, Elmore filed another Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus By a Person in State Custody, and attached a copy of his original, deficient Petition. (R. Docs. 7 & 7-1; *See,* R. Doc. 1). Because Elmore attached a copy of his original, deficient Petition to his most recent filing, the Court construed the filing as a request for reconsideration of the Court's October 3, 2022 Order dismissing without prejudice Elmore's original Petition. While no deficiency notice was issued, it appeared from the record that Elmore had not paid the required

$5.00 filing fee or submitted a completed application to proceed *in forma pauperis*, as required by Rule 3(a) of the Rules Governing Section 2254 Cases in the United States District Courts. As such, the Court issued an Order on October 26, 2022 granting Elmore's request and reopening this case. (R. Doc. 8). The Court gave Elmore fourteen days from the date of the Order, or until November 9, 2022, to either submit a completed pauper application (which was enclosed with the Order) or pay the required $5.00 filing fee, and further warned that, "Failure to comply with this Order will result in the dismissal of Elmore's original Petition." (*Id*. at p. 2).

Because Elmore is proceeding *pros se* in this matter, the Court has given him an additional fourteen days beyond the November 9, 2022 deadline to either submit a completed pauper application or pay the $5.00 filing fee. As of the date of this Order, however, Elmore has not taken any further action in this case.

Accordingly,

**IT IS HEREBY ORDERED** that the Petition of Dale M. Elmore for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to comply with a court order and the Rules Governing Section 2254 Cases in the United States District Courts.

New Orleans Louisiana, November 23, 2022.

*Wendy B. Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**